MARTIN GIVENTER, Respondent, v. AMERICAN ALLIANCE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

JOHN HENRY HAMPTON, Respondent, v. INCORPORATED VILLAGE OF FREEPORT, Respondent. BEST LUMBER COMPANY, INC., Appellant; AMATO & McCARRON, INC., and Others, Defendants, and NATIONAL SURETY COMPANY, Respondent.— Order denying motion to bring in National Surety Company as a party defendant affirmed, with ten dollars costs and disbursements to respondent National Surety Company. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.